Certificate Number: 17082-PAM-DE-040734424

Bankruptcy Case Number: 26-00622


17082-PAM-DE-040734424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2026, at 11:22 o'clock PM MST, PATRICIA G CASTILLO GRAHAM completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 15, 2026   By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director