# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Patricia Georgia Castillo Graham, aka Patricia Castillo Graham, aka Patricia Graham, aka Patricia Castillo, aka Patricia G Castillo, aka Patricia G Graham, aka Patricia G Castillo Graham, | Chapter      7 |
| | Case No.      5:26−bk−00622−MJC |

**Debtor 1**

Social Security No.:

xxx−xx−7700

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 17, 2026

**fnldecac** (05/18)